

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CASE NO. 6:06-CR-95(19) |
| § | |
| BRADLEY GLENN BARNETT § | |

**MEMORANDUM ORDER ADOPTING**
**FINDINGS OF FACT AND RECOMMENDATION**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge for consideration of the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision (doc. #800). In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin conducted a contested revocation hearing and submitted findings of fact and a recommendation (doc. #809) on the revocation of defendant's supervised release. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation with a new term of supervision to follow.

The defendant filed several *pro se* letters with the court after Judge Giblin issued his findings. The defendant's wife also submitted letters. The defendant did not file specific objections to the magistrate judge's recommendation but rather makes several additional requests related to

his sentence. In fact, the defendant states that he accepts the court's recommendation and expresses his gratitude for the recommended sentence. *See Correspondence* (doc. #810). The Court does not have the authority to grant most of the additional requests submitted by the defendant in his *pro se* letters. To the extent that he requests being placed on a leg monitor instead of in a halfway house when released, this request is denied.

The Court has considered the magistrate judge's findings and the correspondence submitted by the defendant and his wife and conducted a *de novo* review of the record in this case. The Court agrees with the magistrate judge's findings of fact and recommendation

The Court **ORDERS** that the findings of fact and recommendation (doc. #809) are **ADOPTED**. The Court finds that the defendant, Bradley Glenn Barnett, violated conditions of his supervised release. The Court **REVOKES** his term of supervision. Pursuant to Judge Giblin's recommendation, the Court **ORDERS** the defendant to serve a term of eight (8) months imprisonment for the revocation. The Court further **ORDERS** that the defendant serve a new six (6) month term of supervised release upon his release from prison. The new term of supervised release will include placement in a halfway house. The complete list of supervision conditions will be set forth in a separate revocation judgment.

**So ORDERED and SIGNED this 20th day of April, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**